CERTIFIED MAIL NO. 7006 0810 0005 0612 0709

Joseph-Ranier Donelson
c/o USM: 08460-026
Metropolitan Correctional Center
71 West Van Buren Street
Chicago, Illinois 60605

April 10, 2007

TO: Matthew Madden
d/b/a MATTHEW MADDEN
Federal Public Defender Program
55 E. Monroe, Suite 2800
Chicago, Illinois 60603

**FILED**

MAY 0 1 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### NON-NEGOTIABLE NOTICE OF ACCEPTANCE

RE: Acceptance of appointment of counsel and request for service IN CASE NO: 07-CR-43, IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DISTRICT.

Dear Mr. Madden:

Please take notice that I, flesh and blood, living, breathing man accepts for value your "offer to be my private lawyer" and return for value your offer and as my private lawyer I need you to perform the five (5) following duties:

1) Request the court issue to me an appearance bond and waive all public costs.

2) Bifurcate any and all proceedings in the incorporated case. Do not argue any of the facts, i.e., I do not wish to be compelled to act under any contract or commercial agreement that I did not enter in to knowingly, voluntarily, and

intentionally; and I do not accept the liability associated with the compelled benefit of any unrevealed contract or commercial agreement without prejudice U.C.C. 1-207-1-106.3,

    3) Request the court close the account and release the order to me immediately,

    4) Request the court setoff and adjust all public charges with the exemption # 325547572 in accordance with UCC-3-419, House Joint Resolution 192 of 1933, public Law 73-10,

    5) Request the court to release me from incarceration.

With sincerest appreciation,

Joseph-Ranier: Donelson
Authorized Representative
and agent for defendant

Enclosures:
Original of Certificate of Sovereign Status

CC:
Steve Dollear, Prosecuting Attorney
U.S. Attorneys office
219 S. Dearborn
Chicago, Illinois 60604

Michael Dobbins, Clerk
UNITED STATES DISTRICT COURT
219 S. Dearborn
Chicago, Illinois 60604

Honorable Judge Cora

UNITED STATES DISTRICT COURT
219 S. Dearborn
Chicago, Illinois 60604

Secret Service
219 S. Dearborn
Suite 900
Chicago Illinois 60604

## NOTICE
## DECLARATION & CERTIFICATE OF SOVEREIGN STATUS

This Declaration Certifies that Joseph-Ranier Donelson/sui juris/ is a born-free human male/ a mortal man with sentient and moral existence/ being a Native-born Sovereign American by birthright and by Law/ and do claim all absolute/ unalienable/ imprescriptable/ Fundamental Rights/ privileges/ Immunities and Protections/ as guaranteed/ protected and secured by the original parent compact (organic)/ The Constitution for the United States of America (1787)/ as amended (1791) by the Bill of Rights/ Articles I thru X, "The Declaration of Human rights/ "§§ 1 thru 32.

Further, the aforementioned Sovereign American is Non-Incorporated, Statutorily Incapicitated, Statue Immune, Tax Immune, Tax-Exempt, EXEMPT from LEVY and claims Diplomatic Immunity and Sovereign Immunity, 'abinitio' from, 'ad infinitum' from 1/29/1958 C.E., 'ad infinitum.'

This Sovereign Status is foreign to and not subject to/by the status of "Statute Staple," "Chattel Property/" "Citizen/" "Resident/" "Subject/" "Person," "Whoever/" "Taxpayer/" and/or any other titles under Statutes/ Rules, Regulations/ Policies, common usages of the Corporate United States, the Corporate United States of America, the Corporate State of Illinois, and/or any other Corporate Governmental body whatsoever, without a valid contract.

Furthermore, this Sovereign American makes explicit reservation of all Rights pursuant to the Uniform commercial Code (UCC) § 1-207, without the United States as defined in State of Federal Statutes.

# FORMAL SOVERIEGN OATH
## OF RENUNCIATION

I/ Joseph-Ranier / sui juris/ Sovereign/ Having First Hand Knowledge of the Facts as the facts have been made known to me/ hereby and herein freely RENOUNCE all allegiance to the Foreign Venue and Jurisdiction of and within the United States (Washington DC). I do freely give of this Formal Renunciation/ being of Sound Mind/ and having with me the power of the Sovereign/ by my Creator to make of my own volition this oath by Formal Declaration.

In accord with the provisions set forth in Title 8 U.S.C. 1481, this Sovereign DECLARES that all OFFICERS/ AGENTS, EMPLOYEES/ ACTORS, or otherwise OFFICIALS of the United States/ these being bound to obey the Laws and Statutes prescribed therein/ are BOUND to take NOTICE of this FORMAL OATH OF RENUNCIATION. As well, the aforementioned ACTORS, AGENTS, OFFICERS, EMPLOYEES, and/or other OFFICIALS of the United States Government/ Bound by the Laws Statues/Acts/ and Provisions of the Same Constitution that require the aforementioned entities to uphold that Constitution shall not Infringe Upon/ Ignore/ Disregard/ of otherwise find of no substance and/or standing/ this Formal Oath of Renunciation by Declaration.

Pursuant to Title 8 of the United States Code Services/ and the Laws as they have been enumerated in the HOLY SCRIPTURES/ I, **Joseph-Ranier, sui juris**, do DECLARE that no man can infringe upon this Sovereign's Right to renounce allegiance to any Foreign Government/ Tyrannical Power/ King/ Foreign Nation/ or other Alien Dominion.

I, **Joseph-Ranier, sui juris**, being a born free man upon the soil of the America do not intend to abrogate any Immunity or Personal Right and no **thing** herein shall be construed to do so. These Personal Rights are by and from my Creator and any infringement upon these Rights of this Sovereign/ sui juris shall be deemed a blatant disregard of those Entitled Rights to Life/ Liberty/ and harm from life or limb.

I, **Joseph-Ranier, sui juris**, do DECLARE that the Laws of the Common man/ being of the Common Law/ shall govern me/ and those Laws that are equitable and of good faith shall govern me/ and I do not recognize any other form of Politic other than that of the **Republic** which is for the People, and by the People/ those being Sovereign, not Citizens of a Foreign Government (Washington DC).

NOTICE

LET NO THING IN THIS FORMAL OATH OF RENUNCIATION BE CONSTRUED AS TO BE AN ACT OF EXPATRIATION OR RENUNCIATION OF AMERICAN NATIONALITY. THIS OATH IS FOR THE EXPLICIT PURPOSE OF RENOUNCING UNITED STATES CITIZENSHIP (THAT JURISDICTION OF/AND WITHIN WASHINGTON DC).

I, Joseph-Ranier: Donelson / the Undersigned /do aver that the abovementioned is the True/ Correct/ Certain and not meant to Mislead. This Declaration and Certificate is made under the Pains and Penalties of Perjury according to the Laws of my Creator/ the united States of America and the State of Illinois.

NOTICE TO PRINCIPAL IS NOTICE TO AGENT & VICE VERSA

EXECUTED AND SIGNED by Me this 10th day of April, 2007 C.E., in Chicago, State of Illinois.

With Honor And Without Prejudice

*Joseph Donelson*

Autograph (Outside U.S.) per 28 U.S.C. § 1746 (1)

Joseph-Ranier: Donelson, sui juris
Sovereign, Free-Man
Petitioner/Victim/Witness
Of Criminal Activity
All Rights Reserved.